UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| L.C. Brown, | ) | C/A No. 4:14-1758-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| James Jones, SCDC Employee Correctional Official, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff filed a document with the court on August 28, 2014, representing that he did not receive a copy of Defendant's motion to dismiss/motion for summary judgment after receiving the Roseboro order issued by the court on August 21, 2014. The Clerk of Court is directed to forward a copy of the Defendant's answer and a copy of the motion to dismiss/motion for summary judgment and memorandum in support along with this order to the Plaintiff. Pursuant to the Roseboro order, Plaintiff has until September 25, 2014, to file a response to the motion to dismiss/motion for summary judgment.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

August 29, 2014
Florence, South Carolina